UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KIMBERLY BRIGGS,     )
           )
      Plaintiff,  )
           )   Case No. 4:22-cv-00282-RHH
vs.          )
           )
CITY OF ST. LOUIS, MISSOURI, et al., )
           )
      Defendants. )

## <u>PLAINTIFF'S MOTION TO REOPEN CASE</u>

COMES NOW Plaintiff, KIMBERLY BRIGGS, by and through counsel, and for her Motion to Reopen Case, states to the court as follows:

1. Plaintiff filed her Second Amended Complaint against Defendants in this cause on November 29, 2022.

2. Subsequently, Plaintiff filed a motion to joint a necessary party, Tehum Care Services, Inc.

3. Plaintiff became aware that Tehum Care Services, Inc., had filed for bankruptcy protection pursuant to Chapter 11 of the United States Bankruptcy Code.

4. On May 3, 2023, this Honorable Court entered its Order staying these proceedings pending resolution of Plaintiff's Motion for Relief from Stay in Tehum's bankruptcy proceeding in United States Bankruptcy Court for the Southern District of Texas, Case No. 23-90086 (CML), and administratively closed the matter, subject to reopening upon motion by either party.

5. Plaintiff was granted relief from stay and proceed in Tehum's bankruptcy.

6. A Joint Chapter 11 Plan was entered into between the parties in Tehum's bankruptcy proceedings, however, on about March 5, 2026, Plaintiff received Notice of Failure to Cure

Settlement Payment Default; Automatic Termination of Channeling Injunction; and Deadline to Commence Causes of Action Against Released Parties. Notice provided all statute of limitations for claims against Tehum tolled and extended to June 3, 2026.

7. As a result, Plaintiff therefore requests this Honorable Court set aside its order administratively closing this case and entering an order that this case may proceed on Plaintiff's Second Amended Petition.

WHEREFORE, Plaintiff prays for an order of this Honorable Court setting aside its Order of May 3, 2023, and allowing that Plaintiff may proceed int his matter on Plaintiff's Second Amended Petition against Defendants, and for such other and further orders this court deems just and proper in the premises.

LAW OFFICE OF NATHAN S. COHEN

Nathan S. Cohen, #36072
Attorney for Plaintiff
210 South Bemiston Avenue
St. Louis, MO 63105
(314) 727-6088 - Telephone
(314) 727-6081 - Facsimile
nathan@nathanscohen.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was electronically filed on April 3, 2026, with the Clerk of the United States District Court, Eastern District of Missouri, by using the CM/ECF filing system, and that participants in the case who are registered users will be served by the system.

/s/ Nathan S. Cohen